United States District Court
Western District of Texas
Pecos Division

Darrell Roberts #1273928

v.

Lynaugh Unit Facility
TDCJ-ID Director

Cause: P-14-CV-87

Nov 26 2014
THREE PAGES

Petition To Change Prison Conditions According To 18 USC § 3626

Petitioner Darrell Roberts #1273928 A State Prisoner At Lynaugh Unit 1098 S. Hwy 2037 Ft. Stockton, Tx. Pecos, Co. 79735 Will Show The Court The Following.

Prisoners Crys For Help To Prevent Rapes, Beatings, Heart Attacks, Seizures, Etc.... Constantly Go Ignored By Prison Staff.

Prisoners At The Lynaugh Unit Live In Unsafe Inhumane Conditions.

Officials Have Lied To The Court Before Saying They Do Constant Walks In The Prisons Wings, "UNTRUE" And Can Be Proved. Prisoners Go Hours Sometimes Without Seeing Prison Staff Sometimes Leaving Them To Die And/Or Suffer Serious Injury. When Prison Staff Is Supposed To Be Protecting Us As Our Overseers.

PG 1 of 3

Why doesn't the Court see more complaints. Because the inmate believe their voices will fall on deaf ears.

Are they correct?!!!

The Court has the authority to order the staff to answer our Emergency cry for help that installs these panic buttons to be answered. The senior staff has been saying these buttons don't work for more then a year.
The unit has its own maintenance team that could fix them.

This prisoner has lost numerous amounts of teeth that are logged at are unit dentist. From having seizures that causes him to fall on his face.

Things were not always this bad at the Ly naugh unit proving they don't have to be this bad now.

So, therefore, the Court is being asked to use its authority to change these hazardous conditions

Certificate of service on last page. If hand writing on envelope is different from handwriting

PG 2 of 3

IN LETTER THAN, LETTER IS CONTAMINATED. WHICH THEY'VE DONE BEFORE.

RESPECTFULLY SUBMITTED
Darrell Roberts Pro se
1273928  IFP
LYNAUGH UNIT
1098 S. HWY. 2037
FT. STOCKTON, TX.
PECOS, CO., 79735
Darrell Roberts

PRAYER

THEREFORE, PREMISES, CONSIDERED, THE PETITIONER ASKS THAT THE COURT GRANT HIS PETITION AND DO NOT BE TAKEN IN BY LIES !!!

CERTIFICATE OF SERVICE

I DARRELL ROBERTS 1273928 DO HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THIS PETITION HAS BEEN SERVED ON DEFENDANTS UNDER PENALTY OF PERJURY AND PURSUANT TO TITLE 28 USC $1746 AND TITLE SIX OF TEXAS PRACTICES AND REMEDIES CODE CHAPTER 132 CODIFIED UNDER STATE AND FEDERAL LAW HAS BEEN HAND DELIVERED TO DEFENDANTS AT THE FOLLOWING ADDRESS: 1098 S. HWY 203 FT. STOCKTON TX PECOS CO 79735

WARDENS: GLEN WHITFIELD AND ROGER BOWERS.

SERVED 12-1-14

RESPECTFULLY
Darrell Roberts
Pro Se 1273928

PG 3 OF 3



Privileged Inmate Mail
Not Inspected by Texas
Department of Criminal
Justice - Institutional
Division