UNITED STATES DISTRICT COURT
WESTERN DISTRICT TEXAS
Pecos/Alpine Division

FILED
MAR 25 2015
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

Darrell Roberts
vs.
BRAD LIVINGSTON et. al.,

CAUSE: PE:14-CV-00087

## MOTION TO COURT

PLAINTIFF, DARRELL ROBERTS # 1273928 PRO-SE DOES HEREBY CERTIFY CASE NO: 20150115613 IS FABRICATED AND WRITTEN OUT OF RETALIATION. RODRIGUEZ V. MCCUEN NING 399 F. SUPP. 228.

THERE IS HOWEVER A CASE: LAWTON VS. STATE 913 S.W. 2d 542 THAT COLAPYS A PERSON CAN ONLY BE CHARGED WITH WHAT HE IS ACCUSED OF AND DISCIPLINARY RULE 04.0 SAYS YOU CAN NOT BE GIVEN A CASE FOR THREATENING A LAWSUIT OR GRIEVANCE AND I SAID "MY DAUGHTER" MIGHT SUE.

THE COURT CAN SUBPOENA THE STATEMENT I MADE UNDER RULE # 17 OF 18 USCA. EVEN THOUGH I APPEALED IL LEGAL ACTIONS WERE TAKEN AGAINST ME.
THE WARDEN SAYS A CASE OF SOLICA TION WILL STAND.

PLAINTIFF HAS REQUESTED FROM THE COURT A COPY OF EVERYTHING HE SENDS BECAUSE OF ILLEGAL MAIL HANDLING.
AND DOES REINTERATE THAT THESE RE TALIATORY PRACTICES REMOVES ANY CHA NCE TO ENJOY QUALIFIED IMMUNITY.

SERV. LAST PAGE          PG 1 OF 2

## CONCLUSION

PLAINTIFF, PRAYS THIS HONORABLE COURT ORDER THE LYNAUGH UNIT TO STOP RETALIATING AND TO STOP OPENING LEGAL OUTGOING MAIL TO REMOVE IMPORTANT DOCUMENTS REQUIRED BY THE COURT.

RESPECTFULLY SUBMITTED
Darrell Roberts # 1273928
LYNAUGH UNIT PRISON
1098 S. Hwy - 2037 Pecos Co.,
Ft. Stockton, Tx. 79735

## Certificate of Service

I DARRELL ROBERTS # 1273928 PRO·SE DO HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING HAS BEEN SENT TO DEFENDAN BY U.S. MAIL POSTAGE PREPAID ADDRESSED TO:

Assist. Atty. Gen.
Atty in charge
Marcus T. Sanders
BAR # 24089483
P.O. Box 12548 Capital Station
Austin Tx 78711 - 2548

Sincerly
Darrell Robert
Dal R Prose

D. ROBERTS #1723128
LYNAUGH UNIT
1098 S. HWY. 2037
FT. STOCKTON, TX 79735

SCREENED BY CSO
MAR 2 5 2015

MIDLAND / ODESSA
TX 797 2 L
23 MAR 2015 PM

USDC - COURT CLERK
410 Cedar.
PECOS, TX. 79772

LEGAL

79772389999

